IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR332 |
| | ) | |
| JOHN WAYNE LINDSEY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Attorney Glenn A. Shapiro has informed the court that he has been called to trial before Judge Laurie Smith Camp and makes an oral motion to continue the evidentiary hearing on the previously scheduled motion. Good cause being shown, I find the oral motion should be granted and the evidentiary hearing will be rescheduled.

    IT IS ORDERED that the defendant's oral motion to continue is granted. The evidentiary hearing on the Motion to Suppress [10] filed by the defendant is continued to **December 28, 2005** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 7th day of December, 2005.

    BY THE COURT:

    s/ F.A. Gossett
    United States Magistrate Judge