IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:05CR332
                               )
         v.                    )
                               )
JOHN WAYNE LINDSEY,            )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 19), recommending that defendant's motion to suppress (Filing No. 10) be denied.  The Court notes that no objections were filed to said report and recommendation.

The Court has conducted a review of the transcript (Filing No. 20) and the report and recommendation of the magistrate judge and finds that the report and recommendation should be approved and adopted by the Court for the reasons stated by the magistrate judge in his opinion.  Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted; defendant's motion to suppress is denied.

2) Trial of this matter is scheduled for:

**Monday, February 13, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 27th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court