IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR332 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WAYNE LINDSEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 22). The Court notes plaintiff has no objections. Subject to the filing of a written waiver of speedy trial, the motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted. The trial is rescheduled for:

**Monday, March 27, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 31st day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court