IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR332 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WAYNE LINDSEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion ro reduce sentence (Filing No. 51), and the stipulation of the parties (Filing No. 52). Pursuant to the stipulation and the retroactive amendment to the cocaine base guideline, the Court finds the total (final) offense level should be adjusted from 25 to 23. The government and defense agree that the new sentence should be ninety-two (92) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures. Accordingly,

IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of ninety-two (92) months. He shall receive credit for all time served. The conditions of

supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 20th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
　LYLE E. STROM, Senior Judge
　United States District Court